**5/12/2015**                                                    **COA No. 02-13-00064-CR**
**ATKINS, ARCHIE**          **Tr. Ct. No. 1287535R**          **PD-0170-15**

This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until April 15, 2015. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

2ND COURT OF APPEALS  CLERK
DEBRA SPISAK
401 W. BELKNAP, STE 9000
FORT WORTH, TX  76196
* DELIVERED VIA E-MAIL *